Certificate Number: 16339-PAE-DE-040424509

Bankruptcy Case Number: 22-13019



16339-PAE-DE-040424509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 17, 2025, at 4:03 o'clock PM EST, Andrew Haynes Jr. completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 17, 2025              By:   /s/Kris Krumal

                                       Name: Kris Krumal

                                       Title: Certified Financial Counselor