United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andrew Joseph Haynes, Jr  
    Debtor

Case No. 22-13019-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 15, 2026      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Andrew Joseph Haynes, Jr, 309 N. Spring Garden Street, Apt. G4, Ambler, PA 19002-4236 |
| 14737234 | + | Abington Medical Specialists P.C., 118 Welsh Road Suite B, Horsham PA 19044-2242 |
| 14735857 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2026 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14737237 | + | Email/Text: bankruptcy@sccompanies.com | Jan 16 2026 00:33:00 | AmeriMark Premier, PO Box 2845, Monroe WI 53566-8045 |
| 14744503 | + | Email/Text: bankruptcy@sccompanies.com | Jan 16 2026 00:33:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14735852 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14737235 | + | Email/Text: HPOHFinance@humana.com | Jan 16 2026 00:33:00 | CenterWell Pharmacy, PO Box 745099, Cincinnati OH 45274-5099 |
| 14737233 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 16 2026 00:33:00 | Credit Collection Services, 725 Canton Street, Norwood MA 02062-2679 |
| 14735853 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2026 00:37:05 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14735854 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 16 2026 00:37:16 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14735855 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2026 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14737239 | ^ | MEBN | Jan 16 2026 00:30:42 | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia PA 19107-4401 |
| 14735856 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 00:37:25 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14747099 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2026 00:33:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14735851 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2026 00:33:00 | BBVA, Attn: Bankruptcy 5 South 20th st, Birmingham, AL 35233 |

Case 22-13019-djb    Doc 48    Filed 01/17/26    Entered 01/18/26 00:37:40    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | Flag | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14735858 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2026 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14735859 | ^ | MEBN | Jan 16 2026 00:30:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14747905 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2026 00:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14735860 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 16 2026 00:33:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14735861 | ^ | MEBN | Jan 16 2026 00:30:24 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14746725 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 00:37:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14737236 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 16 2026 00:33:00 | Verizon, PO Box 15124, Albany NY 12212-5124 |
| 14737232 | | Email/Text: patientpayleadership@zoll.com | Jan 16 2026 00:33:00 | Zoll, 121 Gamma Drive, Pittsburgh PA 15238 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14737238 | ##+ | Windham Professionals, 384 Main St, Salem NH 03079-2412 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Andrew Joseph Haynes Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 15, 2026 | Form ID: 138OBJ | Total Noticed: 24 |

TOTAL: 3

*Form 138OBJ* (6/24)−doc 47 − 46

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Andrew Joseph Haynes Jr

    Debtor(s).

Case No. 22−13019−djb

Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 15, 2026

For The Court

Mohung Wong
Clerk of Court